IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIAUNTE SHIELDS,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

v.                                    Case No. 11-cv-327-wmc

UNITED STATES OF AMERICA,

        Respondent.

---

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Diaunte Shields' motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.


       s/ A. Wiseman, Deputy Clerk                April 23, 2014
       Peter Oppeneer, Clerk of Court                      Date