IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIAUNTE SHIELDS,

       PETITIONER,

CASE NO. 11-CV-327-WMC

V.

UNITED STATES OF AMERICA,

       RESPONDENT,

---

COMES NOW THE DEFENDANT DIAUNTE SHIELDS, PRO SE, AND HEREBY GIVES THE NOTICE OF APPEAL FROM THE JUDGMENT DECIDED BY THIS COURT ON THE 23RD OF APRIL 2014.

RESPECTFULLY SUBMITTED THIS 26TH OF APRIL 2014.

COPY MAILED THIS 26TH OF APRIL 2014 TO EACH OF THE FOLLOWING, THE WESTERN DISTRICT CLERK OF COURTS, AND UNITED STATES ATTORNEY OFFICE.

*/s/ Diaunte Shields*
DIAUNTE SHIELDS